No. 414, Misc. SOLOMON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 30, Misc. SCHABER *v.* OHIO. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se.* *Harry Friberg* for respondent.

No. 339, Misc. JARDINE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 158, Misc. PERRY *v.* OHIO. Petition for writ of certiorari to the Supreme Court of Ohio and for other relief denied. Petitioner *pro se.* *John T. Corrigan* for respondent.

No. 293, Misc. BIGGS *v.* ACME FURNACE FITTING CO. ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit and for other relief denied.

No. 306, Misc. CANTRELL *v.* CALIFORNIA. Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 480, October Term, 1961. MORALES ET AL. *v.* CITY OF GALVESTON ET AL., 370 U. S. 165. Motion for leave to file petition for rehearing denied.